## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  BLONDELL P. TUTWILER                                          NO. 18-12412-NPO

## MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION

Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased ("Movant") brings this motion to conduct the Bankruptcy Rule 2004 Examination of the Debtor and for cause would show as follows:

1. Movant is a creditor of the Debtor in this proceeding and desires to conduct the Bankruptcy Rule 2004 Examination of the Debtor to examine the Debtor as to her acts, conduct, property, assets, liabilities, financial condition, any matters which may effect the administration of the Debtor's estate and the Debtor's right to a discharge.

2. Movant requests that the examination take place on October 16, 2018 at a place and time as agreed by the parties.

WHEREFORE, PREMISES CONSIDERED, Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased requests that this Court grant its motion for the 2004 Examination of the Debtor and such other relief as is necessary under the circumstances.

DATED:  October 9, 2018

**ANNIE BORDER-BLACKWELL, AS EXECUTRIX OF THE ESTATE OF JULIA TUTWILER BORDERS, DECEASED**

By:    /s/ Jeff Rawlings
         Her Attorney

## CERTIFICATE OF SERVICE

    I served a copy of the foregoing on October 9, 2018 via the ECF notification service to Gwendolyn Baptist-Rucker, thebaptistlawfirm18@gmail.com, Jeffrey A. Levingston, jleving@bellsouth.net and the Office of the U. S. Trustee, USTPRegion05.AB.ECF@usdoj.gov.

                                                  /s/ Jeff Rawlings
                                                  Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642