### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  BLONDELL P. TUTWILER**                                    **NO. 18-12412-NPO**

### OBJECTION TO CLAIMED EXEMPTIONS AND VALUATION

Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased ("Movant") objects to the Debtor's claimed exemptions and the valuation thereof and for cause would show as follows:

1. Movant objects to the claimed exemptions on the real property located at 105 N. Lowery Avenue and the alleged value of $98,000.00. On information and belief, the Debtor has offered the home for sale for in excess of $200,000.00. Movant is in the process of obtaining a current valuation.

2. Movant objects to the claimed exemptions on the 1991 Mercedes and the alleged value of $1,849.00. The average NADA retail value is in excess of $5,000.00.

3. Movant objects to the claimed exemptions on the 2005 GMC Yukon and the alleged value of $150.00. The average NADA retail value is in excess of $5,000.00.

4. Movant objects to the claimed exemptions, if any, on the real property located at 108 South Osley Avenue and the alleged value of $18,040.00. Movant is in the process of obtaining a current valuation.

WHEREFORE, PREMISES CONSIDERED, Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased requests that this Court deny the Debtor's claimed exemptions and the valuation thereof and grant such other relief as is necessary under the circumstances.

DATED:  October 9, 2018

**ANNIE BORDER-BLACKWELL, AS
EXECUTRIX OF THE ESTATE OF JULIA
TUTWILER BORDERS, DECEASED**

By:   /s/ Jeff Rawlings
      Her Attorney

2

**CERTIFICATE OF SERVICE**

  I served a copy of the foregoing on October 9, 2018 via the ECF notification service to Gwendolyn Baptist-Rucker, thebaptistlawfirm18@gmail.com, Jeffrey A. Levingston, jleving@bellsouth.net and the Office of the U. S. Trustee, USTPRegion05.AB.ECF@usdoj.gov.

                 /s/ Jeff Rawlings
                 Jeff D. Rawlings

Jeff D. Rawlings
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

2