## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: BLONDELL P. TUTWILER**　　　　　　　　　　**CASE NO. 18-12412-NPO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 7**

---

**RESPONSE TO MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION (DKT#33)**

---

　　COMES NOW, Debtor, Blondell P. Tutwiler, by and through undersigned counsel, and files this response to creditor, Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased's (Creditor) Motion For Bankruptcy Rule 2004 Examination [Docket No. 33] in the above referenced case; and in support thereof would state unto the court as follows to-wit:

1.　That Debtor filed a petition on or about June 21, 2018, for relief under Chapter 7 of the Bankruptcy Code.

2.　A specific cause for the Motion for Bankruptcy Rule 2004 Examination must be shown to the Court and Creditor has not given any detailed explanation as to why they are requesting a Rule 2004 Examination.

　　**WHEREFORE, PREMISES CONSIDERED**, the Debtor requests that creditor, Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased's Motion For Bankruptcy Rule 2004 Examination [Docket No. 33] be denied.

　　**RESPECTFULLY SUBMITTED**, this the 16th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　**BLONDELL P. TUTWILER, DEBTOR**

　　　　　　　　　　　　　　　　　　　　　　　　　　BY:/s/Gwendolyn Baptist-Rucker
　　　　　　　　　　　　　　　　　　　　　　　　　　Gwendolyn Baptist-Rucker, MSB#10855
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney at Law

## CERTIFICATE OF SERVICE

      I, Gwendolyn Baptist-Rucker, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF the above Response to Motion for Bankruptcy Rule 2004 Examination to:

US Trustee
USTPRegion05.AB.ECF@usdoj.gov

Jeffrey A. Levingston
jleving@bellsouth.net

Annie Borders-Blackwell, as Executrix
of the Estate of Julia Tutwiler Borders, Deceased
c/o Attorney Jeff D. Rawlings
Rawlings & Macinnis, P.A.
Post Office Box 1789
Madison, MS 39130-1789
jeff@rawlingsmacinnis.net

This the 16th day of October, 2018.

/s/Gwendolyn Baptist-Rucker
Gwendolyn Baptist- Rucker MSB#10855
Attorney at Law
1305 Church Road East
Southaven, MS 38671
(662) 349-9179