## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: BLONDELL P. TUTWILER

CASE NO. 18-12412-NPO
CHAPTER 7

## RESPONSE TO OBJECTION TO CLAIMED
## EXEMPTIONS AND VALUATION   (DKT#35)

COMES NOW, Debtor, Blondell P. Tutwiler, by and through undersigned counsel, and files this response to creditor, Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased's (Creditor) Objection to Claimed Exemptions and Valuation [Docket No. 35] in the above referenced case; and in support thereof would state unto the court as follows to-wit:

1. That Debtor's Landroll inquiry is attached hereto for proof thereof in the amount of $98,000.00 for the real property located at 105 N. Lowery Avenue. Debtor filed a petition on or about June 21, 2018, for relief under Chapter 7 of the Bankruptcy Code.

2. Pursuant to Debtor's schedules, the 1991 Mercedes Benz is valued at $150.00, Kelly Blue Book (KBB) does not show values older than 1992. That Debtor has a KBB Book value attached hereto, which shows a 1992 Mercedes Benz of the same make and model as debtor's valued at $150.00. Debtor's vehicle has over 300,000 miles and is inoperable.

3. Pursuant to Debtor's schedules, the 2005 GMC Yukon Denali is valued at $1,849.00. That Debtor has a KBB Book value attached hereto, which shows the 2005 GMC Yukon Denali valued at $1,651.00. Debtor's vehicle has over 319,669 miles.

4.    That the Debtor's Landroll Inquiry is attached thereto for proof of Debtor's valuation amount of $18,040.00 for the real property located at 108 South Ousley Avenue, Winstonville, MS.  Debtor has a joint interest in the property and the property was not exempted.  Debtor's ½ ($9,020.00)  interest is abandoned.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor requests that creditor, Annie Border-Blackwell, as Executrix of the Estate of Julia Tutwiler Borders, Deceased  Objection to Claimed Exemptions and Valuation [Docket No. 35] be denied.

**RESPECTFULLY SUBMITTED**, this the 15th day of October, 2018.

**BLONDELL P. TUTWILER, DEBTOR**

BY: /s/Gwendolyn Baptist-Rucker
Gwendolyn Baptist-Rucker, MSB#10855
Attorney at Law

## CERTIFICATE OF SERVICE

I, Gwendolyn Baptist-Rucker, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF the above Response to Objection to Claimed Exemptions and Valuation :

US Trustee
USTPRegion05.AB.ECF@usdoj.gov

Jeffrey A. Levingston
jleving@bellsouth.net

Annie Borders-Blackwell, as Executrix
of the Estate of Julia Tutwiler Borders, Deceased
c/o Attorney Jeff D. Rawlings
Rawlings & Macinnis, P.A.
Post Office Box 1789
Madison, MS 39130-1789
jeff@rawlingsmacinnis.net

This the 16th day of October,  2018.

/s/Gwendolyn Baptist-Rucker
Gwendolyn Baptist- Rucker MSB#10855
Attorney at Law
1305 Church Road East
Southaven, MS 38671
(662) 349-9179

LRMINQ01 **APPRAISAL**                    LANPROLL-INQUIRY            LRC DATA            LRWINQ01/M5
Library BOLIVAR COUNTY 2017 ROLLS
TUTWILER MILTON D & BLONDELL              **Parcel** ████████-00301- **PPIN** 16868
POWELL                                   Alt Parcel
BOX 97                                   **Exempt Code**
                                         **Subdivision**        JD 2 **Tax District 3H26**
                                                                   ADDENDUM

WINSTONVILLE      MS 38781 0000      Neighborhood              **Map 374L**
Sect/Twn/Rng 19 24  5    Blk      St Addr    105 LOWERY AVE

Cls C-Acres   C-Value  U-Acres  U-Value   T-Acres    Improved     True      Assessed
1               2900                                   92440       95340        9534
2

                2900                                   92440       95340        9534
**Homestead Type** 1 1=O65 2=DAV 3=DIS 4=Reg    Reg        100   7500 **DAV**
**Mtg** 5201 CHASE HOME FINANCE LLC         Group            **Eligible Cl1 Y (Y/N)**
**New Value Added**          F-Fire O-Override   Deed Bk M176 Pg        330 **Ext**
**Drainage Code**    **Benefit  Price  Total**    Deed Date 11  9 1987 **Type**
14 NO. 7           .90     P        .94     L    **Current** 2017 **Yr Added** 1  1 1983
                                           B    2900    2900          **XXX**
                        P                       92440   94380  **Chged**  2 22 2011
**Levee Benefits**   1 X    .05 =     .05 **Use1** 1110 **Use2** 1110        **PK**
F3-NEXT PARCEL F5-LEGAL F6-ADDENDUM F7-DEEDS F8-FLAGS F9-OPTIONS F24-EXIT
F3 next record, Page-Up prev record, F13 Paperlink

*Value is for tax purposes only !*

Home > What's My Car Worth > Style > Options & Condition > 3.0 Sedan 4D



**TRADE-IN VALUE**

This estimated value helps you confidently negotiate with dealers.

Average Time to Trade-In:

**1-7 DAYS**

Level of Effort:

**Medium**

See Overview of Values

Condition: Fair
Valid for ZIP Code 38672 through 10/18/2018

**Overall Consumer Rating 9.1/10**

85 Ratings
Write a review



### Start the Trade-in Process Online

Plus, get a no-obligation quote for your next car.

Your Trade-in Vehicle
**1992 Mercedes-Benz 300 E 3.0 Sedan 4D**

Change Vehicle

What Vehicle Are You Shopping For?

| Make | Model | 38672 | See Local Dealers |

### Shop for Your Next Car

Browse photos, read reviews, see pricing and more.

New
Make
Model

Take a Look

**Similar Vehicles**



2018 Mercedes-Benz C-Class    2018 Lexus GS

2018 Mercedes-Benz E-Class    2018 BMW 5 Series

Advertisement

# 2005 GMC Yukon Pricing Report

Trade In To a Dealer



**Style:** Denali Sport Utility 4D
**Mileage:** 300,000



Trade-in Range
**$764 - $2,537**
Trade-in Value
**$1,651**

## Vehicle Highlights

Fuel Economy:
City 12/Hwy 16/Comb 14 MPG

Max Seating: 8

Doors: 4

Engine: V8, 6.0 Liter

Drivetrain: AWD

Transmission: Automatic

EPA Class: Sport Utility Vehicles

Body Style: Sport Utility

Country of Origin: United States

Country of Assembly: United States

Valid for ZIP Code 38672 through 10/11/2018

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
V8, 6.0 Liter

**Transmission**
Automatic

**Drivetrain**
AWD

**Braking and Traction**
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

**Steering**
Power Steering
Tilt Wheel

**Entertainment and Instrumentation**
AM/FM Stereo
Cassette
CD/MP3 (Multi Disc)
Premium Sound
OnStar

**Safety and Security**
Dual Air Bags
Side Air Bags

**Seats**
Dual Power Seats
Leather

**Roof and Glass**
Privacy Glass

**Exterior**
Running Boards

**Cargo and Towing**
Roof Rack
Towing Pkg

**Wheels and Tires**
Alloy Wheels

**Exterior Color**
✓ Black

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

Tip:
It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

LRMLRCTQ APPRAISAL   LANDROL    RECEIPT SCREEN   LRWLRCI1/M5
Name TUTWILER CANDANCE C & BLONDELL P   Parcel ████████████900-   Gp
PPIN  16737 Yr 2017   JD 2 Tax Dist 3H26   STR 19 24  5
Ex Code   Deed Bk M278 Pg   791   Elig. Cl 1 N (Y/N)
Added  11 21 2017 NH
MCO   Chged
Cls C-Acres  C-Value  U-Acres  U-Value  T-Acres  Improved   True   Assessed
1
2                 1200                              16840      18040       2706
                  1200                              16840      18040       2706
COUNTY: ----Base---Rate----Tax------ CITY:-Rate----Tax---- SSD:-Rate-----Tax--
Receipt No. 14546
Adv.       2706 108.3300   293.14   99.0400   268.00
100 HE     DAV
Regular
Levee   3        .05        .15   Special Assessment
Forest
Dr1  8     .84   L        .89
  2              L
  3              L
Total Tax (     562.18 )    294.18              268.00

Copyright 2015, Delta Computer Systems, Inc. - All Rights Reserved  03/19-JPC
ENTER-CONTINUE F4-PREVIOUS SCREEN F24-EXIT